LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Marcos A. Gonzales, )  No. CV 05-2611-PHX-EHC (CRP)
)
    Plaintiff, )  **ORDER**
)
vs. )
)
Joseph M. Arpaio, )
)
    Defendant. )
)

Pending before the Court is Magistrate Judge Pyle's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to prosecute (Dkt. 7). Plaintiff has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 7) is **adopted**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

*/s/ Earl H. Carroll*
———————————————
Earl H. Carroll
United States District Judge